**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
PATRICE STEPHENSON-JOHNSON, ESQ.
Nevada Bar No. 12283
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAREN THOMAS,<br><br>        Plaintiff,<br><br>v.<br><br>ALLIED VAN LINES, INC., a Delaware for-profit corporation, DOES I-X; and ROE CORPORATIONS XI-XX, inclusive,<br><br>        Defendants. | CASE NO.:  2:24-cv-01537-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND THE DISCOVERY DEADLINE FOR THE EXPERT REBUTTAL DISCLOSURES (FOURTH REQUEST)** |

COMES NOW, Plaintiff KAREN THOMAS ("Plaintiff") and Defendant ALLIED VAN LINES, INC. ("Defendant" or "Allied Van Lines"), by and through their respective counsel of record, and hereby submits this Stipulation and Order to extend the deadline for the expert rebuttal submission for the Court's consideration pursuant to LR 26-3.

**I. DISCOVERY COMPLETED**

**A. PLAINTIFF'S DISSCOVERY**

1. Plaintiff served her Rule 26(a)(1) Initial Disclosures upon Defendant Allied on November 19, 2024;

2. Plaintiff served her First Set of Interrogatories to Defendant Allied Van Lines,

1                                                                KRB/17254-4

Inc. on January 15, 2025.

3. Plaintiff served her First Set of Request for Production of Documents to Defendant Allied on January 15, 2025.

4. Plaintiff served her Rule 26(a)(1) Supplemental Disclosures upon Defendant Allied on January 15, 2025.

5. Plaintiff served her Rule 26(a)(1) Second Supplemental Disclosures upon Defendant Allied on March 5, 2025.

6. Plaintiff served her Responses to Defendant Allied's First Set of Request for Production of Documents on March 5, 2025.

7. Plaintiff served her Responses to Defendant Allied's First Set of Interrogatories on March 5, 2025.

8. Plaintiff served her Notice of Taking the Deposition of the Person(s) Most Knowledgeable for Defendant Allied Van Lines, Inc. Pursuant to FRCP 30(B)(6), via Videoconference on April 3, 2025.

9. Plaintiff served her Notice of Intent to Take the Oral Deposition of Victoria Gaskill and Subpoena Duces Tecum on Defendant on April 3, 2025.

10. Plaintiff served her Notice of Intent to Take the Oral Deposition of Edward Voyce and Subpoena Duces Tecum on Defendant on April 3, 2025.

11. Plaintiff served her Amended Notice of Taking the Deposition of the Person(s) Most Knowledgeable for Defendant Allied Van Lines, Inc. Pursuant to FRCP 30(B)(6), via Videoconference on July 23, 2025.

12. Plaintiff served her Notice of Intent to Take the Oral Deposition of Victoria Gaskill and Subpoena Duces Tecum on Defendant on July 23, 2025.

13. Plaintiff served her Notice of Intent to Take the Oral Deposition of Edward

Voyce and Subpoena Duces Tecum on Defendant on July 23, 2025.

14. Plaintiff took the Deposition of Victoria Gaskill on August 8, 2025.

15. Plaintiff took the Deposition of the Person(s) Most Knowledgeable for Defendant Allied Van Lines, Inc. Pursuant to FRCP 30(B)(6), via Videoconference on August 8, 2025.

**B.  DEFENDANTS' DISCOVERY**

1. Defendant Allied served its Initial Disclosures Pursuant to FRCP 26(a)(1) upon Plaintiff on November 19, 2024.

2. Defendant Allied served its First Set of Interrogatories to Plaintiff on February 3, 2025.

3. Defendant Allied served its First Set Request for Production of Documents to Plaintiff on February 3, 2025.

4. Defendant Allied served its First Supplemental Disclosures Pursuant to FRCP 26(a)(1) upon Plaintiff on February 21, 2025.

5. Defendant Allied served its Responses to Karen Thomas' Request for Production of Documents on February 21, 2025.

6. Defendant Allied served its Responses to Karen Thomas' First Set of Interrogatories on February 21, 2025.

7. Defendant Allied served its Notice to Take the Oral Deposition of Karen Thomas on Plaintiff on August 15, 2025.

**II. DISCOVERY THAT REMAINS TO BE COMPLETED:**

1. The Defendant needs to submit its Rebuttal Expert Disclosures.

2. The Parties need to conduct Depositions of expert witnesses.

3. Exchange of any additional written discovery, depositions, or record production which may become necessary as litigation continues.

KRB/17254-4

### III. GOOD CAUSE FOR THE REQUESTED EXTENSION.

LR 26-3 governs the extension of scheduled deadlines. Any stipulation or motion to extend any date set by the discovery plan, scheduling order, or other order, must be supported by a showing of good cause. A request made within 21 days of the subject deadline must be supported by a showing of good cause.

Pursuant to LR 26-3, good cause exists for the requested extension. Due to an unforeseen circumstance with Defendant's rebuttal expert, there is a need for an additional week to complete the rebuttal report. The parties are diligently working to conduct and complete discovery. Counsel for Defendant has attempted to comport to the designated deadline to no avail and in good faith. The requested extension will move the deadline for the rebuttal expert disclosure for one week, with no changes to any other dates.

The Parties have conferred about the extension of the rebuttal expert witness disclosure deadlines and related timing. Based on the proposed extension, the Parties believe they will have sufficient time to maintain all other discovery deadlines. This request for an extension of time is not sought for any improper purpose or to delay. Further, there is no danger4 of prejudice; the extension is short; and the extension will not negatively impact the judicial proceedings. As such, the Parties respectfully submit that the reasons set forth above constitute good cause for the extension of the Rebuttal Expert Disclosures.

### IV. PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY

|  | EXISTING DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Rebuttal Expert Disclosure | August 15, 2025 | August 22, 2025 |
| Close of Discovery | September 5, 2025 | Unchanged |
| Dispositive Motions | October 6, 2025 | Unchanged |
| Pretrial Order | November 7, 2025 | Unchanged |

KRB/17254-4

WHEREFORE, the Parties respectfully request that this court extend the discovery deadlines as outlined in accordance with the dates above.

**IT IS SO STIPULATED**

DATED this 15th day of August, 2025.        DATED this 15th day of August, 2025.

/s/Jason J. Bach                                             /s/ Kurt R. Bonds

_____        _____
JASON J. BACH, ESQ.                                KURT R. BONDS, ESQ.
Nevada Bar No. 7984                                 Nevada Bar No. 6228
7881 w. Charleston Blvd., Ste 165              1160 North Town Center Drive, Suite 330
Las Vegas, Nevada 89117                          Las Vegas, Nevada 89144
*Attorneys for Plaintiff*                                *Attorneys for Defendants*

///

///

///

///

///

///

///

///

///

# ORDER

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Stipulation to Extend Discovery Deadlines (Fourth Request) is hereby approved, and the discovery deadlines shall be amended as follows:

| | | |
|---|---|---|
| **Rebuttal Expert Disclosure** | August 15, 2025 | August 22, 2025 |
| **Close of Discovery** | September 5, 2025 | Unchanged |
| **Dispositive Motions** | October 6, 2025 | Unchanged |
| **Pretrial Order** | November 7, 2025 | Unchanged |

**IT IS SO ORDERED.**

**DATED:** August 18, 2025

_____
**UNITED STATES MAGISTRATE JUDGE**

Respectfully submitted by:

HALL & EVANS, LLC

  *Patrice Stephenson-Johnson*
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
PATRICE STEPHENSON-JOHNSON, ESQ.
Nevada Bar No. 12283
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
bondsk@hallevans.com
pennimanj@hallevans.com
*Attorneys for Defendants*