JASON J. BACH
Nevada Bar No. 7984
**THE BACH LAW FIRM, LLC**
7881 West Charleston, Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email: jbach@bachlawfirm.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KAREN THOMAS,<br><br>　　　　*Plaintiff,*<br><br>v.<br><br>ALLIED VAN LINES, INC, a Delaware for-profit corporation, DOES I-X; *and* ROE CORPORATIONS XI-XX, *inclusive*,<br><br>　　　　*Defendants.* | Case No. 2:24-cv-01537-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE REPLY BRIEFS IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

　　　　Plaintiff Karen Thomas ("Plaintiff"), by and through her counsel of record, Jason J. Bach of The Bach Law Firm, LLC, and Defendant Allied Van Lines, Inc. ("Defendant"), by and through its counsel of record, Kurt Bonds and Aaron Cuellar of Hall & Evans, LLC, hereby agree and jointly stipulate the following:

　　　　1.　　On October 6, 2025, Defendant filed its Partial Motion for Summary Judgment [Doc No. 18] and Plaintiff filed her Motion for Summary Judgment [Doc No. 19];

　　　　2.　　On October 27, 2025, Defendant filed its Opposition to Plaintiff's Motion for Summary Judgment [Doc. No. 22] and Plaintiff filed her Opposition to Defendant's Partial Motion for Summary Judgment [Doc. No. 23].

　　　　3.　　Plaintiff's counsel has a scheduling conflict and is unable to meet the deadline of November 10, 2025, currently scheduled for Plaintiff's Reply in Support of her Motion for Summary Judgment;

- 1 -

4. The Parties have agreed to a two-week extension for Plaintiff and Defendant to file their Replies in Support of their Motions for Summary Judgment;

5. Accordingly, the deadline for the Parties to file their Replies in Support of their Motions for Summary Judgment, currently due on November 10, 2025, shall be extended to and including Monday, November 24, 2025;

6. This is the Parties' first request to extend the deadlines to file their Replies in Support of their Motions for Summary Judgment; and

7. This Stipulation is being entered in good faith and not for purposes of delay.

IT IS SO STIPULATED.

DATED this 4th day of November, 2025.          DATED this 4th day of November, 2025.

**THE BACH LAW FIRM, LLC**                     **HALL & EVANS, LLC**

/s/ Jason J. Bach                              /s/ Aaron Cuellar
Jason J. Bach                                  Kurt R. Bonds
Nevada Bar No. 7984                            Nevada Bar No. 6628
7881 W. Charleston Blvd., Suite 165            Aaron Cuellar
Las Vegas, NV 89117                            Nevada Bar No. 16835
Telephone: (702) 925-8787                      1160 North Town Center Drive, Suite 330
Facsimile: (702) 925-8788                      Las Vegas, NV 89144
Email: jbach@bachlawfirm.com                   Telephone: (702) 998-1022
*Attorney for Plaintiff*                       Email: bondsk@hallevans.com
                                               *Attorneys for Defendant Allied Van Lines, Inc.*

**ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED. November 7, 2025.

_____
UNITED STATES DISTRICT JUDGE

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing ***STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE REPLY BRIEFS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT*** with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system on the 4th day of November, 2025.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:     N/A

                        */s/ Sandra Herbstreit*
                    an employee of The Bach Law Firm, LLC