JASON J. BACH, ESQ.
Nevada Bar No. 7984
**THE BACH LAW FIRM, LLC**
7881 West Charleston, Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email: jbach@bachlawfirm.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KAREN THOMAS,

       *Plaintiff,*

      v.

ALLIED VAN LINES, INC, a Delaware
for-profit corporation, DOES I-X; *and*
ROE CORPORATIONS XI-XX, *inclusive,*

      *Defendants.*

Case No. 2:24-cv-01537-JCM-BNW

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF SUPPLEMENTAL BRIEFING AND REPLY IN SUPPORT OF MOTION FOR ATTORNEY'S FEES**

**(FIRST REQUEST)**

Plaintiff, Karen Thomas ("Plaintiff"), and Defendant Allied Van Lines, Inc. ("Defendant Allied") (collectedly, the "Parties") by and through their undersigned counsel, hereby stipulate to the following:

1.     On February 11, 2026, Plaintiff filed her Supplemental Briefing [Dkt. No. 31] and Motion for Attorney's Fees [Dkt. No. 32].

2.     On February 25, 2026, Defendant Allied filed its Reply to Plaintiffs' Motion for Per Diem Fees [Dkt. No. 33] and Reply to Plaintiff's Motion for Attorney's Fees [Dkt. No. 34].

3.     Plaintiff's counsel has a scheduling conflict and is unable to meet the deadline of March 4, 2026, currently scheduled for Plaintiff's Replies in Support of Plaintiff's Supplemental Briefing and Motion for Attorney's Fees.

- 1 -

4.      The Parties hereby stipulate and agree that Plaintiff shall have an additional seven (7) days to file her Reply in Support of Plaintiff's Supplemental Briefing and her Reply in Support of Plaintiff's Motion for Attorney's Fees.

5.      Accordingly, the deadline for Plaintiff to file her Replies in Support of Plaintiff's Supplemental Briefing and Motion for Attorney's Fees, currently due on March 4, 2026, shall be extended to and including March 11, 2026.

6.      This is Plaintiff's first request for an extension to file her Replies in Support of Plaintiff's Supplemental Briefing and Motion for Attorney's Fees.

7.      This stipulation is being entered in good faith and is not for the purpose of delay.

**IT IS SO STIPULATED.**

DATED this 27th day of February, 2026.      DATED this 27th day of February, 2026.

**THE BACH LAW FIRM, LLC**      **HALL & EVANS, LLC**

 */s/ Jason J. Bach*      */s/ Kurt R. Bonds*
Jason J. Bach      Kurt R. Bonds
Nevada Bar No. 7984      Nevada Bar No. 6628
7881 W. Charleston Blvd., Suite 165      Madisyn Schaus
Las Vegas, NV 89117      Nevada Bar No. 17294
Telephone: (702) 925-8787      1160 North Town Center Drive, Suite 350
Facsimile: (702) 925-8788      Las Vegas, NV 89144
Email: jbach@bachlawfirm.com      Telephone: (702) 998-1022
*Attorney for Plaintiff*      Email: bondsk@hallevans.com
                                                          schausm@hallevans.com
                                            *Attorneys for Defendant Allied*

**ORDER**

IT IS SO ORDERED February 27, 2026.

_____
UNITED STATES DISTRICT JUDGE

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing ***STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF SUPPLEMENTAL BRIEFING AND REPLY IN SUPPORT OF MOTION FOR ATTORNEY'S FEES*** with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system on the 27th day of February, 2026.

☒    I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐    I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:    N/A

*/s/ Sandra Herbstreit*
an employee of The Bach Law Firm, LLC

- 3 -