**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
MADISYN SCHAUS, ESQ.
Nevada Bar No. 17294
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
bondsk@hallevans.com
schausm@hallevans.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KAREN THOMAS,

Plaintiff,

v.

ALLIED VAN LINES, INC., a Delaware for-profit corporation, DOES I-X; and ROE CORPORATIONS XI-XX, inclusive,

Defendants.

CASE NO.: 2:24-cv-01537-JCM-BNW

**STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS**

Defendant ALLIED VAN LINES, (hereinafter referred to as "Defendant") by and through its attorneys of record, of Hall & Evans, LLC, and Plaintiff KAREN THOMAS (hereinafter referred to as "Plaintiff") by and through her attorneys of record, The Bach Law Firm, hereby stipulate as follows:

IT IS HEREBY STIPLUATED that all of Plaintiffs' claims against Defendants as set forth in the Complaint filed in United States District Court District of Nevada Case 2:24-cv-01537-JCM-BNW, are hereby dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

. . .



HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

IT IS FURTHER STIPULATED that all current hearings, deadlines, trial dates, and conferences on calendar shall be vacated.

DATED this 22nd day of September, 2026

| | |
|---|---|
| */s/ Jason J. Bach*<br>Jason J. Bach, Esq.<br>**THE BACH LAW FIRM, LLC**<br>7881 W. Charleston, Suite 165<br>Las Vegas, NV 89117<br>jbach@bachlawfirm.com<br>sandra.herbstreit@bachlawfirm.com<br>*Attorneys for Plaintiffs* | /s/ *Kurt R. Bonds*<br>Kurt R. Bonds, Esq.<br>Nevada Bar. No. 6228<br>Madisyn Schaus, Esq.<br>Nevada Bar. No. 17294<br>**HALL & EVANS, LLC**<br>1160 North Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>Telephone: (702) 982-6856<br>*Attorneys for Defendant* |

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all of Plaintiff's claims against Defendants as set forth in the Complaint filed in United States District Court District of Nevada Case 2:24-cv-01537-JCM-BNW, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that all current hearings, deadlines, trial dates, and conferences on calendar shall be vacated.

**IT IS SO ORDERED.**

U.S. DISTRICT JUDGE

Date: September 22, 2026

**HALL & EVANS, LLC**
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022